JS-6

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDY SANTOS HERNANDEZ HERNANDEZ, SHAO JUN CHEN, SHUANG YAN GUO, ZAKRIA MOHAMED ZAKRIA SADHOM,<br><br>Petitioner,<br><br>v.<br><br>JAMES JANECKA, ET AL.,<br><br>Respondents. | Case No. 5:26-cv-00710-MBK<br><br>JUDGMENT |

IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED and this action is dismissed with prejudice.

Dated: March 4, 2026



_____

HON. MICHAEL B. KAUFMAN
UNITED STATES MAGISTRATE JUDGE